UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Allstate Insurance Company, et al. § § | |
| *versus* § § | Case Number: 4:19−cv−02169 |
| Interventional Spine of Texas, PLLC, et al. § | |

# Notice of Reassignment

    Pursuant to Special Order No. 2019−3, this case is reassigned to the docket of United States District Judge George C Hanks, Jr. Deadlines in scheduling orders remain in effect, and all court settings are vacated

Date: September 3, 2019

David J. Bradley, Clerk